# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   18−14086−KHK
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kia R Younger
4651 Hummingbird Lane
Unit 166
Fairfax, VA 22033

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1314

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## ORDER DENYING CONFIRMATION
## AND NOTICE THAT CASE MAY BE DISMISSED IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015−2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan</u>, the debtor shall take one of the actions enumerated in Local Bankruptcy Rule 3015−2 within twenty one (21) days from this Order and that the failure to do so may result in the dismissal of this Chapter 13 bankruptcy case; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: February 14, 2019                                    /s/  Klinette H. Kindred
                                                           United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
[odenyconvOct18.jsp]                                       Date: February 14, 2019

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-14086-KHK
Kia R Younger                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsr              Page 1 of 1                  Date Rcvd: Feb 14, 2019
                              Form ID: odenycon            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
db          +Kia R Younger,    4651 Hummingbird Lane,    Unit 166,    Fairfax, VA 22033-3745
cr          +THE UNIT OWNERS ASSOCIATION OF WILLOW OAKS CONDOMI,    Rees Broome, PC,    1900 Gallows Rd.,
             , Suite 700,    Tysons Corner, VA 22182-4098
cr          +U.S. Bank National Association, as Trustee, succes,    c/o Shapiro & Brown, LLP,
              501 Independence Parkway,    Suite 203,    Chesapeake, VA 23320-5174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ben Keisari
cr           Willow Oaks at Fair Lakes Homeowners Association,
                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:
              D Anthony Sottile    on behalf of Creditor    Ben Keisari bankruptcy@sottileandbarile.com
              David William Gaffey    on behalf of Creditor    Willow Oaks at Fair Lakes Homeowners Association,
               Inc. dgaffey@wtplaw.com,    rodom@wtplaw.com
              Earl J. Oberbauer, Jr.    on behalf of Debtor Kia R Younger earl@oberbauer-law.com,
               sjhammack@cox.net
              Erik W. Fox    on behalf of Creditor    THE UNIT OWNERS ASSOCIATION OF WILLOW OAKS CONDOMINIUM
               efox@reesbroome.com,
               jchalashtori@reesbroome.com;mfarrish@reesbroome.com;AFrazier@reesbroome.com;jtyler@reesbroome.com
               ;rhurley@reesbroome.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Malcolm Brooks Savage, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America National Association, as Trustee, successor by merger
               to LaSalle Bank National Association, as Trustee for Resident vabecf@logs.com
              Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                               TOTAL: 7