# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| KIA R. YOUNGER | 18-14086-KHK |
| Debtor | |

## TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF RESIDENTIAL CONDOMINIUM

    Thomas P. Gorman, Trustee, responds to Debtor's Motion to Approve Sale of Residential Condominium by stating he has no opposition to the requested relief provided that sufficient proceeds be turned over to the Trustee sufficient to pay all claimants at 100%.

| | |
|---|---|
| _June 26, 2019_ | /s/ Thomas P. Gorman |
| Dated | Thomas P. Gorman |
| | Chapter 13 Trustee |
| | 300 N. Washington Street, #400 |
| | Alexandria, VA  22314 |
| | (703) 836-2226 |
| | VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of June, 2019 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Kia R. Younger | Earl J. Oberbauer, Jr., Esq. |
| Chapter 13 Debtor | Counsel for Debtor |
| 4651 Hummingbird Lane | 9329 Battle Street |
| Unit 166 | Manassas, VA 20110 |
| Fairfax, VA 22033 | |

                                                    /s/ Thomas P. Gorman
                                                  Thomas P. Gorman